**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

PENNY SNOWDEN HILL,

      Petitioner,

v.                                  CASE NO. 1:09cv66-MP-GRJ

WALTER MCNEIL,

      Respondent.

_____/

**O R D E R**

      This matter is before the court on petitioner's Motion to Amend or Alter Judgment (doc. 33) and petitioner's Motion for Permission to Appeal In Forma Pauperis (doc. 40). The motion to amend or alter judgment does not present new arguments relating to the court's order adopting the magistrate judge's Report and Recommendation and denying the petition for writ of habeas corpus under 28 U.S.C. § 2254, but merely restates the petitioner's prior arguments, which were rejected by the court. As such, the court finds no reason to reconsider the prior judgment. Additionally, under Fed. R. App. P. 24(a)(4), when a party seeking to proceed *in forma pauperis* on appeal files a motion with the district court, the court may certify that the appeal is not taken in good faith and for that reason deny the motion to proceed *in forma pauperis*. For the reasons set out in the courts March 27, 2012, order (doc. 30), the court hereby certifies that the appeal is not taken in good faith. The motion to proceed *in forma pauperis* on appeal (doc. 40) is likewise denied. Accordingly:

      1.    Petitioner's Motion to Amend or Alter Judgment (doc. 33) is DENIED.

      2.    Petitioner's Motion to Proceed on Appeal in Forma Pauperis (doc. 40) is DENIED.

      **DONE and ORDERED** this 10th day of August, 2012.

                    *s/ M. Casey Rodgers*

                    **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**